UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER A WILLOUGHBY<br><br>    Debtor | Chapter 13<br>Case No. 17-00444-SMT |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-14<br><br>    Movant<br><br>v.<br><br>CHRISTOPHER A WILLOUGHBY<br>    (Debtor)<br><br>REBECCA A. HERR<br>    (Trustee)<br><br>    Respondents | Ref. Dkt. #67, 71 |

## **NOTICE OF INTENT TO FORECLOSE**

COMES NOW, HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-14 ("HSBC Bank") by undersigned counsel hereby gives notice of the following:

1. That a Consent Order Vacating Order and Modifying Automatic Stay ("Consent Order") was entered by this Court on July 15, 2019.

2. That pursuant to the terms of the Consent Order, a Notice of Default was served and filed on December 12, 2019.

3. The Debtor has failed to cure the default within fifteen (15) days after the Notice of Default was filed and served.

Pursuant to the terms of the Consent Order entered herein and the Debtor's failure to cure the Notice of Default, the Automatic Stay is terminated and HSBC Bank is free to exercise its rights under the terms of the Note and Deed of Trust.

Date:  January 8, 2020

                                         Respectfully submitted,

                                         /s/ Craig B. Rule
Craig B. Rule, Bar #1032659
Orlans PC
PO Box 5041
Troy, MI 48007
(248) 502-1400
Attorneys for HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-14
crule@orlans.com

# **CERTIFICATE OF SERVICE**

The undersigned states that on January 8, 2020, copies of the foregoing Notice of Intent to Foreclose were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

Craig A. Butler
The Butler Law Group, PLLC
1455 Pennsylvania Avenue NW
Suite 400
Washington, DC 20004
cbutler@blgnow.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Intent to Foreclose to the following non-ECF participants:

Christopher A Willoughby
3411 Sherman Avenue, NW
Washington, DC 20010
*Debtor*

                                                    /s/ Craig B. Rule
                                              Daniel K. Eisenhauer, Esquire