The order below is hereby signed.

Signed: May 26 2022



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:

    **Christopher A. Willoughby**           Case No. 17-00444-ELG
                                    Chapter 13

        Debtor(s)

## ORDER REDUCING PRE-PETITION CLAIM,
## WITHDRAWING BALANCE OF CLAIM
## AND SETTING DEFICIENCY NOTICE FOR
## UNSECURED DEFICIENCY CLAIM

        Before the Court is the motion of Rebecca A. Herr, Chapter 13 Trustee ("Trustee"), to reduce the claim filed on behalf of **HSBC Bank USA, National Association c/o Wells Fargo Bank, N.A.** ("Claimant") filed on **September 21, 2017** in the amount of $**332,489.30** with an arrearage of $**102,312.14** (the "Claim"). Having considered the objection, and after opportunity for a hearing, sufficient cause appearing, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

        **ORDERED**, that the Trustee's motion is hereby granted, and the pre-petition arrears claim is hereby reduced to the amount paid, and it is further

        ORDERED, that the balance of the secured claim is hereby disallowed, thereby making Rule 3002.1 inapplicable, subject to the right of the claimant to file a proof of claim for any deficiency within 30 days after the entry of this Order, or within any Court-authorized extension, or within the time set as a bar date if the case is or has been converted to another chapter of the Bankruptcy Code.

I ASK FOR THIS:

/s/ Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

Cc

Craig A. Butler, Esq.
The Willard
1455 Pennsylvania Ave., NW
Suite 400
Washington, DC 20004
*Attorney for Debtor*

Christopher A. Willoughby
3411 Sherman Ave, NW
Washington, DC20010
*Debtor*

Wells Fargo Bank, N.A.
MAC N9286-01Y
PO Box 1629
Minneapolis, MN 55440-9790
*Creditor's Address on Claim*

Wells Fargo Bank, N.A.
MAC F2302-04C
1 Home Campus
Des Moines, IA 50328
*Creditor Correspondence Address*

Wells Fargo Bank, N.A.
Po Box 10335
Des Moines, IA 50306-0335
*Creditor's Correspondence Address*

Rushmore Loan Management Services, LLC
15480 Laguna Canyon Rd.
Suite 100
Irvine, CA 92618
*Transferee*

CSC-Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent*

Wells Fargo Bank
Attn: Charles W. Scharf
Wells Fargo Corporate Office
420 Montgomery Street
San Francisco, CA  94104
*President and Chief Executive Officer*

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

**END OF ORDER**